UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOLOGIK CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IN FORCE TECHNOLOGY, LLC, <br> BRANDON-COPSYNC LLC, <br> AND BRANDON D. FLANAGAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-cv-11168-GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STATEMENT OF THE PARTIES AND
### RULE 16.1 CERTIFICATION

The Parties, by their respective counsel, hereby file the following Joint Statement in accordance with the Notice of Scheduling Conference and Local Rule 16.1 (D).

**I.   PROPOSED JOINT DISCOVERY PLAN**

The Parties currently classify this case as non-complex for purpose of Rule 16.1(e). Pursuant to Local Rule 16.1(D)(1)(b), the Parties agree to the following discovery plan and schedule:

1. Initial Disclosures: Served by **September 24, 2018**. Plaintiff already provided Initial Disclosures to Defendants.

2. Written Discovery: Written discovery completed by **March 1, 2019**.

3. Depositions: Non-expert depositions completed by **July 1, 2019**.

4. Plaintiff's Expert Witness Deadline: Plaintiff will designate expert witnesses, if any, and provide disclosures as required by the rule by **September 1, 2019**.

5. <u>Defendants' Expert Witness Deadline</u>: Defendants will designate expert witnesses, if any, and provide disclosures required by the rule by **October 1, 2019**.

6. <u>Expert Depositions</u>: All expert depositions, if any, completed by **January 30, 2020**.

## II. <u>JOINDER OF PARTIES AND AMENDMENTS TO THE COMPLAINT</u>

All parties will be joined by **November 30, 2018**. Any amendments to the complaint completed by **December 31, 2018**, subject to information disclosed in discovery.

## III. <u>SUMMARY JUDGMENT MOTIONS</u>:

Motions for Summary Judgment, if any, filed by **May 1, 2020**.

Respectfully submitted,

**KOLOGIK, CAPITAL, LLC,**
By its attorneys,

/s/ Peter F. Carr, II
Peter F. Carr, II (BBO #600069)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, Massachusetts  02110
Telephone:  617.342.6800
Facsimile:  617.342.6899
E-Mail:  pcarr@eckertseamans.com

and

BENJAMIN W. JANKE (La. Bar Roll #31796)
(admitted *pro hac vice*)
MEGHAN E. CARTER (La. Bar. Roll #35074)
(admitted *pro hac vice*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  504-566-5200
Facsimile:  504-636-4000

Respectfully submitted,

**IN FORCE TECHNOLOGY, LLC, BRANDON-COPSYNC LLC, AND BRANDON D. FLANAGAN,**
By their attorneys,

/s/ Robert R. Pierce
Robert R. Pierce (BBO #549172)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108-3021
Telephone: 617-720-2444
Facsimile: 617-720-3693
bob@piercemandell.com

Dated:  September 10, 2018

## CERTIFICATE OF SERVICE

I, Peter F. Carr, II, Esquire, certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  September 10, 2018            /s/ Peter F. Carr, II
                                      Peter F. Carr, II

{K0748582.1}                          3