## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOLOGIK CAPITAL, LLC,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>IN FORCE TECHNOLOGY, LLC, BRANDON-COPSYNC LLC, AND BRANDON D. FLANAGAN,<br><br>    Defendants/Counterclaim-Plaintiffs. | Case No.: 1:18-cv-11168-GAO |

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF RONALD WOESSNER

Defendants In Force Technology, Inc. ("IFT"), Brandon-CopSync, LLC ("BCS") and Brandon Flanagan ("Flanagan") (collectively, "Defendants") move the Court pursuant to Fed. R. Civ. P. 26(c) for a protective order to preclude the deposition of Ronald Woessner. In support, Defendants rely on the memorandum and accompanying declaration of Ronald Woessner submitted concurrently with this motion.

Dated:  April 8, 2022

Respectfully submitted,

IP ADVANCED LLC

/s/ John E. Handy
John E. Handy (admitted *pro hac vice*)
8609 Westwood Center Drive, Suite 110
Tysons Corner, VA 22182
Tel:   (703) 853-1800
Fax:   (781) 365-9499
jhandy@ipadvanced.com

David A. Gerasimow (admitted *pro hac vice*)
The Law Offices of
    David A. Gerasimow, P.C.
211 W. Wacker Dr., Ste. 1717

        Chicago, IL 60606
        Tel: (312) 919-4254
        dave@gerasimowlaw.com

        Douglas F. Hartman, BBO# 642823
        HARTMAN LAW, P.C.
        10 Post Office Square
        Suite 800 South
        Boston, Massachusetts 02109
        P:  617-807-0091
        dhartman@hartmanlawpc.com

        *Attorneys for Defendants*
        *In Force Technology, Inc.,*
        *Brandon-CopSync, LLC, and*
        *Brandon Flanagan*

## LOCAL RULE 7.1 CERTIFICATION

    I, John E. Handy, counsel for Defendants, hereby certify that I have conferred with counsel for Plaintiff via phone on April 6, 2022, and follow-up email correspondence to resolve or narrow the issues presented in this motion but, after good faith attempts, the parties reached no agreement.

        /s/ *John E. Handy*
        John E. Handy (admitted *pro hac vice*)