**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KOLOGIK CAPITAL, LLC, <br><br>          Plaintiff/Counterclaim-<br>         Defendant, <br><br>      v. <br><br> IN FORCE TECHNOLOGY, LLC,<br>BRANDON-COPSYNC LLC,<br>AND BRANDON D. FLANAGAN, <br><br>          Defendants/<br>         Counterclaim-Plaintiffs. | Civil Action No. 18-cv-11168-GAO |

**PLAINTIFF'S MOTION FOR RELIEF RELATING TO DEFENDANTS' MAY 25, 2022
DOCUMENT PRODUCTION (UNOPPOSED-IN-PART)**

Plaintiff Kologik Capital, LLC respectfully moves for relief pursuant to Federal Rule 37 and Federal Rule 6.

In response to the Court's Order compelling production (Dkt. 244), on May, 25, 2022, Defendants In Force Technology, LLC, Brandon COPSync, LLC, and Brandon Flanagan produced over 12,500 pages of documents and native files, as well as never-before produced source code and software. Defendants' refusal to produce this responsive and highly relevant discovery until *after* the close of fact discovery will cause serious undue prejudice to Kologik absent the relief sought in this Motion.

Accordingly, and for the reasons set forth in the accompanying memorandum, declaration of Wyley S. Proctor, and exhibit thereto, Kologik respectfully requests that the Court order: (1) that Defendants waive any objections to Kologik's use of Defendants' documents or things produced for the first time after the close of fact discovery on the grounds of authenticity or business record status under Fed. R. Evid. 803(6); (2) that Defendants are prohibited from using

their late-produced documents and things in support of their claims and defenses; (3) monetary sanctions in the form of attorneys' fees and costs incurred by Kologik in repeatedly seeking the production of documents, source code, and software during fact discovery; and (4) the case schedule extended by a week to allow Kologik to review Defendants' substantial post-fact discovery document production.

Defendants do not oppose Kologik's request for a one week extension of the case schedule.


Dated: May 26, 2022                Respectfully submitted,
                                   KOLOGIK CAPITAL, LLC,

                                   By its attorney,

                                   Wyley S. Proctor

                                   */s/ Wyley S. Proctor*
                                   Wyley S. Proctor (BBO # 666613)
                                   wproctor@mccarter.com
                                   Alexander T. Hornat (BBO # 687588)
                                   ahornat@mccarter.com
                                   McCarter & English, LLP
                                   265 Franklin Street
                                   Boston, MA 02110
                                   T: (617) 449-6500
                                   F: (617) 607-9200


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Kologik conferred with counsel for Defendants on May 26, 2022 in an effort to resolve the issues set forth in this motion. Defendants indicated that they consent to extending expert discovery deadlines by a week, but otherwise oppose the relief sought in this motion.

                                   */s/ Alexander T. Hornat*
                                   Alexander T. Hornat

ME1 40737492v.1

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that this document filed through the ECF system, on the above date, will be sent electronically to all attorneys of record as identified on the Notice of Electronic Filing (NEF).

<u>/s/ *Alexander T. Hornat*</u>
Alexander T. Hornat

ME1 40737492v.1