UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOLOGIK CAPITAL, LLC,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>　　　v.<br><br>IN FORCE TECHNOLOGY, LLC, BRANDON-COPSYNC LLC, AND BRANDON D. FLANAGAN,<br><br>　　　Defendants/Counterclaim-Plaintiffs. | Case No.: 1:18-cv-11168-GAO |

### MOTION TO WITHDRAW

Attorneys John E. Handy of IP Advanced LLC, David A. Gerasimow of the Law Offices of David A. Gerasimow, P.C., and Douglas F. Hartman of Hartman Law P.C. (collectively, "Movants"), hereby move to withdraw as counsel for Defendants In Force Technology, Inc., Brandon-CopSync, LLC, and Brandon Flanagan.

1. Defendants are in substantial breach of the terms of their retention agreements with Movants and have been for many months.

2. Despite said substantial breach, Movants have dutifully represented Defendants through summary judgment, and attorney John E. Handy recently appeared on Defendants' behalf during the Court's May 22, 2023, summary judgment hearing. (*See* Dkt. 342.)

3. Pursuant to Massachusetts Rule of Professional Conduct 1.16(b)(5), "a lawyer may withdraw from representing a client if ... the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Defendants have failed to fulfill their obligations to Movants despite repeated requests and warnings that withdrawal will be necessary absent curing of said substantial breach.

1

4. In view of said substantial breach, further representation has been rendered unreasonable under Massachusetts Rule of Professional Conduct 1.16(b)(6). The unreasonableness of further representation is exacerbated by the fact that each Movant is a solo practitioner with relatively limited human and financial resources as compared to other law firms.

5. Movants have reluctantly concluded that said substantial breach is unlikely to be cured, and therefore Movants must withdraw to avoid further damage to their respective solo practices.

6. Movants advised Defendants to seek new counsel on May 5, 2023.

7. In order to preserve privileged communications and to prevent the harmful disclosure of certain highly confidential information of both Defendants and Movants, if the Court requires additional information before granting this Motion to Withdraw, Movants respectfully ask that such additional information be provided for *in camera* review only.

WHEREFORE, Movants respectfully ask that the Court:

A. Grant this Motion to Withdraw thereby alleviating further unreasonable burden of continued representation by Movants; or

B. If the Court requires additional information before granting this Motion to Withdraw, permit the submission of additional information for *in camera* review only.

Respectfully submitted,

Dated: June 16, 2023         IP ADVANCED LLC

/s/ John E. Handy
John E. Handy (admitted *pro hac vice*)
8609 Westwood Center Drive, Suite 110
Tysons Corner, VA 22182

Tel:   (703) 853-1800
Fax:   (781) 365-9499
jhandy@ipadvanced.com

David A. Gerasimow (admitted *pro hac vice*)
The Law Offices of
    David A. Gerasimow, P.C.
211 W. Wacker Dr., Ste. 1717
Chicago, IL 60606
Tel: (312) 919-4254
dave@gerasimowlaw.com

Douglas F. Hartman, BBO# 642823
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109
P:  617-807-0091
dhartman@hartmanlawpc.com

*Attorneys for Defendants
In Force Technology, Inc.,
Brandon-CopSync, LLC, and
Brandon Flanagan*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

In accordance with Local Rule 7.1, I hereby certify that Movants have conferred with counsel for Plaintiff.  Plaintiff confirmed that, based on the limited information provided by the Movants, it does not oppose the relief sought in this Motion.  Plaintiff defers to the Court on the underlying merits of the Motion.

*/s/ John E. Handy*
John E. Handy (admitted *pro hac vice*)

3